417 A.2d 775

Thuer v. Luan, an Individual t/a/d/b/a Crafton Sunshine Center, Appellant.

610

Argued April 11, 1979. John J. Klein, for appellant; Louis C. La Lumere, for appellee. Before CERCONE, P. J., WIEAND and HOFFMAN, JJ. Order affirmed.